IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NUMBER 01-529 |
| | : |
| CARLOS BAEZ | : |
| USM# 55713-066 | : |

### ORDER

AND NOW this 11th day of December 2014, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 188 months, effective November 1, 2015.

BY THE COURT:

*/s/ Harvey Bartle III*

THE HONORABLE HARVEY BARTLE, III
Senior United States District Court Judge